IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 16-01341 |
| | ) | Chapter 13 |
| Melissa Smith | ) | |
| Debtor(s). | ) | Judge Jacqueline Cox |

RE-NOTICE OF CHAPTER 13 341 MEETING OF CREDITORS

TO:    Melissa Smith, 3241 W 23rd St, apt C Chicago IL 60623 *via US mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

Office of United States Trustee, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that the Chapter 13 341 Meeting of Creditors in the above-captioned case will take place on **April 19, 2016 at 2:30pm** at the Office of Thomas Vaughn, Chapter 13 Trustee, 55 E. Monroe Street, Ste. 3850, Chicago, IL 60603.

By:    /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice upon the parties named above on March 23, 2016 before the hour of 5:00 p.m.

By:    /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600